JOHN O. BAKER, Appellant, *v.* WILLIAM SEGGIE, Respondent.

*Baker* v. *Seggie*, 126 App. Div. 947, affirmed.
(Submitted October 12, 1909; decided October 26, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 29, 1908, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract to purchase real property.

*Bayard L. Peck, John J. Curtin* and *Claude C. Neville* for appellant.

*Charles E. Travis* and *George W. Smyth* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT. VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

JOHN F. KILEY, Respondent, *v.* LLEWLLYN E. JONES, Appellant.

*Kiley* v. *Jones*, 127 App. Div. 947, affirmed.
(Argued October 12, 1909; decided October 26, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 11, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff in having been struck by an automobile through the negligence of defendant's agents.

*J. L. Cheney* for appellant.

*C. E. Spencer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ